B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Home and Garden Supply Co. Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 36-3114741 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>348 Tullamore Terrace<br>Matteson, IL          ZIPCODE  60443 | Street Address of Joint Debtor (No. and Street, City, and State          ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIPCODE | Mailing Address of Joint Debtor (if different from street address):          ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of  Business**
(Check one  box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in
  11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Landscaping service

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Main  Proceeding
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by,
regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer
  debts, defined in 11 U.S.C.
  §101(8) as "incurred by an
  individual primarily for a
  personal, family, or
  household purpose."
- [✓] Debts are
  primarily
  business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached

- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach
  signed application for the court's consideration certifying that the debtor is unable
  to pay fee except in installments. Rule 1006(b). See Official Form  3A.

- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on
  4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more
  classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Home and Garden Supply Co. Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                 Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B1 (Official Form 1) (12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Home and Garden Supply Co. Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/ Thomas L. Murphy
_____
Signature of Attorney for Debtor(s)

THOMAS L. MURPHY 1998277
_____
Printed Name of Attorney for Debtor(s)

Petti, Murphy, & Associates
_____
Firm Name

1100 Ravinia Pl
_____
Address

Orland Park, IL 60462
_____

708-403-5500
_____
Telephone Number

11/27/12
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Janice Brannigan
_____
Signature of Authorized Individual

JANICE BRANNIGAN
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

11/27/12
_____
Date

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6A (Official Form 6A) (12/07)**

In re   Home and Garden Supply Co. Inc.                              Case No. _____
_____
        **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6B (Official Form 6B) (12/07)**

In re    Home and Garden Supply Co. Inc.                          Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account #0049<br><br>Bank Financial<br>6415 W 95th St<br>Chicago Ridge, IL 60415 | | 16.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

In re   Home and Garden Supply Co. Inc.                              Case No. _____
         **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | A/R<br>Yolanda Bork<br>9275 Robinson St<br>Dyer, IN 46311 | | 60.00 |
| | | A/R<br>Brookline Investment Group LLC<br>116 S Washington St<br>Hinsdale, IL 60521 | | 6,101.02 |
| | | A/R<br>Church of Jesus Christ Latter Day Saints<br>Attn: Steven Hunter<br>1320 Ridgeland Ave<br>Naperville, IL 60563 | | 15,426.45 |
| | | A/R<br>Alicia Craig<br>17521 Oakwood Dr<br>Tinley Park, IL 60487 | | 481.13 |
| | | A/R<br>Donna Darzentas<br>21484 English Circle<br>Frankfort, IL 60423 | | 100.00 |
| | | A/R<br>DLC Management<br>Attn Leonard Soboleski<br>1315 W 22nd St Ste 250<br>Oak Brook, IL 60523 | | 804.23 |
| | | A/R | | 202.00 |

In re   Home and Garden Supply Co. Inc.                                      Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Ray Gehrman<br>213 Sawgrass<br>Palos Heights, IL 60463 | | |
| | | A/R<br>George Collins Apartments<br>SK Management Co<br>Attn Melissa Kay<br>1401 S Blue Island Ave<br>Chicago, IL 60608 | | 2,847.50 |
| | | A/R<br>Jeroma Jones<br>1310 Amery Ct<br>Flossmoor, IL 60422 | | 140.00 |
| | | A/R<br>Alan Kleczka<br>817 E Joliet Highway<br>New Lenox, IL 60451 | | 90.00 |
| | | A/R<br>Dave Lakikas<br>13127 Kinsale Ct<br>Lemont, IL 60439 | | 272.71 |
| | | A/R<br>Mr. Lally<br>8934 fernwood Ct<br>Oralnd park, IL 60462 | | 45.00 |
| | | A/R<br>Sandra Marcotte<br>160 E Circle Dr<br>New Lenox, IL 60451 | | 10.87 |
| | | A/R | | 245.38 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-*****  - PDF-XChange 2.5 DE

In re <u>Home and Garden Supply Co. Inc.</u>    Case No. _____

       Debtor                                       (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Allen Martello 9000 Teal Pl Saint John, IN 46373 | | |
| | | A/R Menards, Inc. 5101 Menard Dr Eau Claire, WI 54703 | | 4,603.64 |
| | | A/R Mid America Asset Management Attn Cathy McMullin One Parkview Plaza 9th Flr Oak Brook Terrrace, IL 60181 | | 14,283.12 |
| | | A/R Felicia Muhammad 1315 Amery Ct Flossmorr, IL 60422 | | 519.62 |
| | | A/R Jane Parker 477 Gregory St Chicago Heights, IL 60411 | | 443.26 |
| | | A/R Pathway Senior Living Attn John Wnek 701 Lee St Ste 500 Des Plaines, IL 60016 | | 1,661.43 |
| | | A/R PK Construction Attn Phil Kunc 1819 W Grand Ave Ste 203 Chicago, IL 60622 | | 1,221.55 |

In re  Home and Garden Supply Co. Inc.                                      Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | A/R<br>Deborah Powell<br>22641 Madaline Ln<br>Frankfort, IL 60423 | | 118.06 |
| | | A/R<br>Jeanette Rodriguez<br>13128 Ballycastle Ct<br>Lemont, IL 60439 | | 90.00 |
| | | A/R<br>Rubloff Development Group<br>Attn Trisha Benson<br>4949 Harrison Ave<br>Rockford, IL 61008 | | 1,432.96 |
| | | A/R<br>Steven Shaw<br>16735 Meadowcrest Dr<br>Homer Glen, IL 60491 | | 500.45 |
| | | A/R<br>Pamela Simpson<br>14823 West Creek North<br>Homer Glen, IL 60491 | | 1,451.49 |
| | | A/R<br>Genesis Financial Group<br>Attn Wendy Przytula<br>8100 Macomb St<br>PO Box 417<br>Grosse Ile, MI 48318 | | 302.61 |
| | | A/R<br>Mike Swan<br>21259 Brittany Dr<br>Frankfort, IL 60423 | | 236.75 |

In re   Home and Garden Supply Co. Inc.                    Case No. _____
_____                                      _____
              **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | A/R<br>Target Corp.<br>Attn Michelle Nielson<br>1000 Nicollet Mall<br>TPN0731 Central<br>Minneapolis, MN 55403 | | 6,616.41 |
| | | A/R<br>Target Corp<br>3701 Wayzeate Blvd<br>Minneapolis, MN 55416 | | 28,619.04 |
| | | A/R<br>Martin Terry<br>812 Maple Rd<br>Flossmoor, IL 60422 | | 100.00 |
| | | A/R<br>Michelle Tooley<br>26503 Wild Grass Turn<br>Monee, IL 60449 | | 2,216.36 |
| | | A/R<br>TTR Matteson<br>Attn Christe Cano<br>815 Mary Ln<br>Oak Brook, IL 60523 | | 2,505.12 |
| | | A/R<br>Edna White<br>8045 Nature Creek Ct<br>Frankfort, IL 60423 | | 1,210.82 |
| | | A/R | | 876.98 |

In re    Home and Garden Supply Co. Inc.                                    Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Joanne Wicklund<br>1048 168th Pl<br>Homewood, IL 60430 | | |
| | | A/R<br>Mr & Mrs Wrubel<br>94 Ruggles Ct<br>Orland Park, IL 60467 | | 35.00 |
| | | A/R<br>Olah Zegar<br>14106 Golden Oak Dr<br>Homer Glen, IL 60491 | | 749.96 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | A/R - Judgment in favor of debtor<br>Capri Development 101 LLC<br>208 S LaSalle St Ste 1600<br>Chicago, IL, 60604<br><br>Capri Development 9801 LLC<br>208 S LaSalle St Ste 1600<br>Chicago, IL, 60604 | | 17,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

In re ___Home and Garden Supply Co. Inc._____     Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Nissan Quest 140,000 miles<br>348 Tullamore Terrace<br>Matteson, IL 60443 | | 2,500.00 |
| | | 2008 Volvo S80 112,000 miles<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 15,000.00 |
| | | 2001 Wells Cargo Trailer CW2022-102<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 100.00 |
| | | 2006 Wells Cargo Trailer CW1622-102<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 500.00 |
| | | 2006 Wells Cargo Trailer CW1622-LS<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 500.00 |
| | | 1998 Bar Trailer HD16<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 100.00 |
| | | 1986 Ford Tractor 340B<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 3,500.00 |
| | | 2007 Ford Escape 114,000 miles | | 3,000.00 |

In re    Home and Garden Supply Co. Inc.                                Case No. _____

            **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 426 Ashland Ave<br>Chicago Heights, IL 60411 | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3 office desks, phone system, and misc office supplies<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1985 Hyster Fork Lift<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 1,500.00 |
| | | 2002 Browns bed edger<br>Midwest Power Equipment | | 500.00 |
| | | 2005 John Deere Snow Blower<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 100.00 |
| | | 2003 Lesco Sprayer<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 500.00 |
| | | 2006 Artic 10 inch Segmented Pusher<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 1,500.00 |
| | | 2006 Artic 14 inch Segmented Pusher<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 2,000.00 |
| | | Western Unimount 8.5 inches | | 500.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

In re   <u>Home and Garden Supply Co. Inc.</u>       Case No. <u>                </u>
           **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 426 Ashland Ave<br>Chicago Heights, IL 60411 | | |
| | | Western Unimount 10 inches HD<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 1,500.00 |
| | | Buyer SCH096C<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 1,000.00 |
| | | Truck Crafter Salt Spreader<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 1,000.00 |
| | | 2 Buyer Salt Spreaders<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 2,000.00 |
| | | Buyer Stainless Tailgate<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 2,500.00 |
| | | 2008 John Deere Mower<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 500.00 |
| | | 5 Ferris Mowers<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 3,450.00 |
| | | NH Skid Steer LS 180<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 8,000.00 |
| | | NH Skid Steer LS 125 | | 6,500.00 |

In re   Home and Garden Supply Co. Inc.                                Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 426 Ashland Ave<br>Chicago Heights, IL 60411 | | |
| | | NH Skid Steer LS 190<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 8,000.00 |
| | | Bradco Skid Steer<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 1,000.00 |
| | | Bradco Pusher<br>426 Ashland Ave<br>Chicago Heights, IL 60411 | | 1,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached        Total        $        182,386.92

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6C (Official Form 6C)  (04/10)**

In re  Home and Garden Supply Co. Inc.                                    Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6D (Official Form 6D) (12/07)

In re ___Home and Garden Supply Co. Inc._____,        Case No. _____
               **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 042458869<br><br>Ford Credit<br>PO Box 790093<br>St Louis, MO 63179<br><br>VALUE $     3,000.00 | | | Incurred: 2/2007<br>Lien: Car Note<br>Security: 2007 Ford Escape 114,000 miles | | | | 2,363.00 | 0.00 |
| ACCOUNT NO. 43875430<br><br>Volvo Finance of North America<br>PO Box 551939<br>Detroit, MI 48255<br><br>VALUE $     15,000.00 | | | Incurred: 4/2008<br>Lien: Car loan<br>Security: 2008 Volvo S80 112,000 miles | | | | 18,142.43 | 3,142.43 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

___0___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $   20,505.43 | $   3,142.43 |
| Total ▶<br>(Use only on last page) | $   20,505.43 | $   3,142.43 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6E (Official Form 6E) (04/10)**

In re _Home and Garden Supply Co. Inc._____,    Case No._____
        Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6E (Official Form 6E) (04/10) - Cont.**

In re _Home and Garden Supply Co. Inc._____,       Case No._____
                        Debtor                                                                  (if known)

☐    **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

                                                       __2__  **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re   Home and Garden Supply Co. Inc.          ,          Case No. _____
              **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  unknown<br><br>IDES<br>Bankruptcy Unit Collection Subdivision<br>33 South State Street 10th Floor<br>Chicago, IL 60603 | | | Incurred: 2012<br>Consideration: IL<br>Unemployment tax | | | | 3,921.17 | 3,921.17 | 0.00 |
| ACCOUNT NO.  VN124220304<br><br>Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532 | | | Incurred: 7/2012<br>Consideration: Tolls | | | | 198.05 | 198.05 | 0.00 |
| ACCOUNT NO.  VN124053679<br><br>Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532 | | | Incurred: 6/2012<br>Consideration: Tolls | | | | 1,057.90 | 1,057.90 | 0.00 |
| ACCOUNT NO.  36-3114741<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | X | | Incurred: 2009-2012<br>Consideration: 941<br>Taxes | | | | 43,210.89 | 43,210.89 | 0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $  48,388.01 | $  48,388.01 | $  0.00 |
| Total ➤<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6E (Official Form 6E) (04/10) - Cont.

In re   Home and Garden Supply Co. Inc.                    ,        Case No. _____
           Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  36-3114741 <br><br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia, PA 19101 | | | Incurred: 2012 <br> Consideration: FUTA tax | | | | 81.94 | 81.94 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $    81.94 | $    81.94 | $    0.00 |
| Total <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $  48,469.95 | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $  48,469.95 | $    0.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07)

In re __Home and Garden Supply Co. Inc._____,    Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  unknown <br><br> A & D Plumbing <br> 238 Stone Court <br> New Lenox, IL 60451 | | | Incurred: 4/2012 <br> Consideration: Trade vendor | | | | 4,339.46 |
| ACCOUNT NO.  2612 <br><br> A-1 Ecks Power Sweeping <br> 1329 S.W. 4th Ct. <br> Cape Coral, FL 33991 | | | Incurred: 4/2012 <br> Consideration: Trade vendor | | | | 2,450.00 |
| ACCOUNT NO.  52181583 <br><br> Acord Creditor Services, LLC <br> PO Box 10002 <br> Newman, GA 30271 | | | Incurred: 6/2012 <br> Consideration: Assignee for various creditors <br> Collecting for AT&T | | | | Notice Only |
| ACCOUNT NO.  6389 <br><br> Advanced Roofing <br> 29 West 225 North Avenue <br> West Chicago, Illinois 60185 | | | Incurred: 2/2011 <br> Consideration: Trade vendor | | | | 2,812.30 |

_16___continuation sheets attached

Subtotal ➤  | $ | 9,601.76

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-*****   -PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re ___Home and Garden Supply Co. Inc._____ ,      Case No. _____
                     **Debtor**                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  815-469-3545<br><br>All Seasons Sales<br>9611 W. 194th St.<br>Mokena, IL 60448 | | | Incurred: 5/2012<br>Consideration: Trade vendor | | | | 803.11 |
| ACCOUNT NO.  38<br><br>Amanda's Lawn Care<br>P.O. Box 612<br>St Charles, IL 60175 | | | Incurred: 5/2012<br>Consideration: Trade vendor | | | | 1,215.53 |
| ACCOUNT NO.  173007<br><br>AMEX<br>Box 0001<br>Los Angeles, CA 90096 | X | | Incurred: 1/2012<br>Consideration: Business credit card debt | | | | 2,780.44 |
| ACCOUNT NO.  38586<br><br>Antonietti & Assoc<br>1461 Ring Road<br>Calumet City, IL 60409 | | | Incurred: 5/2012<br>Consideration: Legal services | | | | 798.87 |
| ACCOUNT NO.  3545<br><br>AT &T<br>P.O. BOX 8100<br>Aurora, IL 60507 | | | Incurred: 4/2012<br>Consideration: Utility | | | | 1,030.62 |

Sheet no. __1__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,628.57

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Home and Garden Supply Co. Inc.                          ,        Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6100 <br><br> AT &T <br> P.O. BOX 8100 <br> Aurora, IL 60507 | | | Consideration: Utility | | | | 86.41 |
| ACCOUNT NO.  2099 <br><br> ATR Fleet <br> 8508 W 193rd Unit 76 <br> Mokena, IL 60448 | | | Incurred: 9/2011 <br> Consideration: Trade vendor | | | | 4,184.44 |
| ACCOUNT NO.  4339930008660625 <br><br> Bank of America <br> PO Box 982238 <br> El Paso, TX 79998 | X | | Incurred: 1/2012 <br> Consideration: Business credit card debt | | | | 31,390.00 |
| ACCOUNT NO.  none <br><br> Black Hawk Properties LLC <br> 8501 W 191st St <br> Mokena, IL 60448 | | | Incurred: 3/11/2011 <br> Consideration: Remainder of lease | | | | 83,450.00 |
| ACCOUNT NO.  12 SC 282 <br><br> Brett Geiger <br> Attorney at Law <br> 415 Liberty St. <br> Morris, IL 60450 | | | Incurred: 4/2012 <br> Consideration: Assignee for various creditors <br> Collecting for Illinois Truck | | | | Notice Only |

Sheet no.  2   of  16   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  119,110.85

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Home and Garden Supply Co. Inc.                    ,        Case No. _____
            **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  HOME35<br><br>Burris Equiptment<br>2216 N. Greenbay Rd<br>Waukegan, IL 60087 | | | Incurred: 5/2012<br>Consideration: Trade vendor | | | | 498.00 |
| ACCOUNT NO.  12-0451<br><br>BW Maintenance, Inc<br>P.O. Box 1174<br>Benton, IL 62812 | | | Incurred: 4/2012<br>Consideration: Trade vendor | | | | 2,400.00 |
| ACCOUNT NO.<br><br>Car Quest<br>19200 S Wolf Rd<br>Mokena, Il 60448 | | | Consideration: Trade vendor | | | | 604.47 |
| ACCOUNT NO.  none<br><br>Cedar Path Nursery<br>15235 West Bruce Rd<br>Lockport, IL 60491 | | | Incurred: 7/2011<br>Consideration: Trade vendor | | | | 14,830.68 |
| ACCOUNT NO.  HOM002<br><br>Central Salt, LLC<br>PO BOX 798303<br>St Louis, MO 63179 | | | Incurred: 2/2012<br>Consideration: Trade vendor | | | | 7,801.49 |

Sheet no. __3__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 26,134.64
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re    Home and Garden Supply Co. Inc. _____ ,        Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4246315150521126<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | Incurred: 4/2012<br>Consideration: Business credit card debt | | | | 5,736.00 |
| ACCOUNT NO. 101L0730684-1<br><br>Chase<br>PO Box 9001022<br>Louisville, KY 40290 | X | | Incurred: 11/2007<br>Consideration: Business loan | | | | 90,304.85 |
| ACCOUNT NO. HOME&<br><br>Circle W Tractor & Equipment Co.<br>12608 W 159th Street<br>Homer Glen, Illinois 60491 | | | Incurred: 8/2008<br>Consideration: Trade vendor | | | | 6,748.95 |
| ACCOUNT NO. 515691000704156<br><br>Citi Business<br>PO Box 6235<br>Sioux Falls, SD 57117 | X | | Incurred: 1/2012<br>Consideration: Business credit card debt | | | | 13,986.00 |
| ACCOUNT NO. none<br><br>Clay Patton<br>Osan & Patton LLP<br>55 S Franklin St<br>Valparaiso, IN 46383 | | | Incurred: 10/2012<br>Consideration: Assignee for various creditors<br>Collecting for Pinkerton | | | | Notice Only |

Sheet no. 4 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 116,775.80

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Home and Garden Supply Co. Inc._____,                    Case No. _____
                         **Debtor**                                                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  40630001<br><br>Clingen Callow & McLean LLP<br>3100 Machester Rd Ste 1750<br>Wheaton, IL 60187 | | | Incurred: 7/2012<br>Consideration: Attorney fees | | | | 4,509.00 |
| ACCOUNT NO.  6035185503502077<br><br>CNH Capital<br>PO Box 9218<br>Old Bethpage, NY 11804 | | | Incurred: 10/2001<br>Consideration: Business credit card debt | | | | 15,051.00 |
| ACCOUNT NO.  9176156021<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197 | | | Incurred: 7/2012<br>Consideration: Utility | | | | 311.20 |
| ACCOUNT NO.  61159671<br><br>Complete Payment Recovery<br>11601 Roosevelt Blvd<br>St Petersburg, FL 33716 | | | Incurred: 9/2012<br>Consideration: NSF check | | | | 182.51 |
| ACCOUNT NO.<br><br>Dan's Greenhouse, DBA<br>16930 S.84th Ave<br>Tinley Park, IL 60477 | | | Consideration: Trade vendor | | | | 1,415.10 |

Sheet no. _5_ of _16_ continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ 21,468.81

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Home and Garden Supply Co. Inc.                    ,          Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8020 <br><br> Dennis Porick <br> Attorney at Law <br> 63 W Jefferson St Ste 100 <br> Joliet, IL 60432 | X | | Incurred: 5/2012 <br> Consideration: Assignee for various creditors <br> Collecting for Shemin | | | | Notice Only |
| ACCOUNT NO.  0389001082400001 <br><br> First Midwest Bank Mokena <br> One Pierce Pl Ste 1500 <br> Itasca, IL 60143 | X | | Incurred: 8/2011 <br> Consideration: Business loan | | | | 50,297.00 |
| ACCOUNT NO.  unknown <br><br> Ford Credit <br> PO Box 790093 <br> St Louis, MO 63179 | | | Incurred: 9/2012 <br> Consideration: Deficency from repo | | | | Unknown |
| ACCOUNT NO.  8163025380 <br><br> Great Lakes Bank NA <br> 13057 S Western Ave <br> Blue Island, IL 60406 | X | | Incurred: 5/2010 <br> Consideration: Business loan | | | | 318,809.40 |
| ACCOUNT NO.  08809 <br><br> Greater Texas Landscape Services <br> P.O. Box 43820 <br> Tucson, AZ 85733 | X | | Incurred: 10/2011 <br> Consideration: Trade vendor | | | | 7,913.65 |

Sheet no.  6  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      377,020.05

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   Home and Garden Supply Co. Inc. _____ ,        Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0835<br><br>Green Glen Nursery<br>2413 E Laraway Rd<br>Joliet, IL 60433 | | | Incurred: 5/2009<br>Consideration: Trade vendor | | | | 5,061.81 |
| ACCOUNT NO.  10360<br><br>Hammond Clinic LLC<br>7905 Calumet Ave<br>Munster, IN 46321 | | | Incurred: 1/2011<br>Consideration: Medical services | | | | 95.00 |
| ACCOUNT NO.<br><br>Himes and Petrarca Scariano,<br>P.O. Box 81355<br>Chicago, IL 60681 | | | | | | | 3,889.50 |
| ACCOUNT NO.  6035322129065417<br><br>Home Depot<br>PO Box 183175<br>Columbus, OH 43218 | | | Incurred: 1/2012<br>Consideration: Business credit card debt | | | | 460.16 |
| ACCOUNT NO.  93545<br><br>Illinois Truck and Equipment Co. Inc.<br>320 Briscoe Dr<br>Morris, IL 60450 | | | Incurred: 12/2011<br>Consideration: Judgment | | | | 11,000.00 |

Sheet no.  7   of  16   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   20,506.47

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re    Home and Garden Supply Co. Inc._____,    Case No. _____
                        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  001260320<br><br>Indiana Insurance Co<br>PO Box 145476<br>Cincinnati, OH 45250 | | | Incurred: 5/2012<br>Consideration: Business Insurance Policy | | | | 46,151.00 |
| ACCOUNT NO.  124387<br><br>Ingalls Occupational Health<br>75 Remittance Dr, Ste 1660<br>Chicago, IL 60675 | | | Incurred: 10/2008<br>Consideration: Medical services | | | | 1,018.00 |
| ACCOUNT NO.  9841<br><br>Inkit<br>236 N Fairoaks Ave #3<br>Madison, WI 53714 | | | Incurred: 5/2012<br>Consideration: Trade vendor | | | | 97.18 |
| ACCOUNT NO.  13762<br><br>Insightprofiles<br>15344 North 102nd St<br>Scottsdale, AZ 85255 | | | Incurred: 10/2011<br>Consideration: Advertising | | | | 150.00 |
| ACCOUNT NO.  HOM001<br><br>Italian Gardens<br>Ciro Scaletta<br>5185 N Moreland Ave<br>Norridge, IL 60706 | | | Incurred: 1/2012<br>Consideration: Trade vendor | | | | 12,864.95 |

Sheet no. __8__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   60,281.13

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Home and Garden Supply Co. Inc.                         ,        Case No. _____
            **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  42<br><br>John's Pro Tree Serv, Inc<br>8009 S. Austin Ave.<br>Burbank, IL 60459 | | | Incurred: 5/2012<br>Consideration: Trade vendor | | | | 1,200.00 |
| ACCOUNT NO.  none<br><br>Kay L. Pechin<br>Attorney at Law<br>123 NW 4th St Ste 304<br>Evansville, IN 47708 | | | Incurred: 10/2012<br>Consideration: Assignee for various creditors<br>Collecting for Porter's | | | | Notice Only |
| ACCOUNT NO.<br><br>Longjohns Floral Shoppe & Greenhouses<br>P.O. Box 124<br>Kalamazoo, MI 49004 | | | Consideration: Trade vendor | | | | 1,056.36 |
| ACCOUNT NO.  651<br><br>M&M Lawn Care, Inc<br>P.O. Box 16118<br>Evansville, IN 47716 | | | Incurred: 6/2012<br>Consideration: Trade vendor | | | | 1,083.34 |
| ACCOUNT NO.  12 M 51460<br><br>Maria Olivia<br>10721 Long<br>Oak Lawn, IL 60453 | X | | Incurred: 9/2012<br>Consideration: Contract dispute | | | | 2,747.89 |

Sheet no. 9 of 16 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  6,087.59

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re   Home and Garden Supply Co. Inc.                      ,        Case No. _____
              **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  HOME0003<br><br>Martin Implement Inc.<br>18405 115th Avenue<br>Orland Park, IL 60467 | | | Incurred: 1/2012<br>Consideration: Trade vendor | | | | 2,054.74 |
| ACCOUNT NO.  unknown<br><br>Martin Leasing, Inc.<br>18405 115th Ave,<br>Orland Park, IL 60467 | | | Incurred: 7/2012<br>Consideration: Trade vendor | | | | 21,338.72 |
| ACCOUNT NO.  T057 DC Center<br><br>Metropolitan Maintenance & Landscape<br>11020 W. Rogers, St<br>West Allis, WI 53227 | | | Incurred: 5/2009<br>Consideration: Trade vendor | | | | 14,017.57 |
| ACCOUNT NO.  none<br><br>Michael Nigro<br>Attorney at Law<br>1793 Bloomington Rd<br>Glendale Heights, IL 60139 | | | Incurred: 7/2012<br>Consideration: Assignee for various creditors<br>Collecting for Martin | | | | Notice Only |
| ACCOUNT NO.  1060<br><br>Mokena Auto Parts<br>19200 S Wolf Rd<br>Mokena, IL 60448 | | | Incurred: 2/2012<br>Consideration: Trade vendor | | | | 604.47 |

Sheet no. __10__ of __16__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   38,015.50

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re    Home and Garden Supply Co. Inc.                           ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  08031244<br><br>MRS<br>2250 E Devon Ste 352<br>Des Plaines, IL 60018 | | | Incurred: 5/2011<br>Consideration: Assignee for various creditors<br>Collecting for Ingalls | | | | Notice Only |
| ACCOUNT NO.  81450550868<br><br>Nicor Gas<br>PO Box 416<br>Aurora, IL 60568 | | | Incurred: 5/2012<br>Consideration: Utility | | | | 234.17 |
| ACCOUNT NO.  2000905693<br><br>NuWay Disposal Service, Inc<br>PO Box 9<br>Mokena, IL 60448 | | | Incurred: 3/2012<br>Consideration: Trade vendor | | | | 736.31 |
| ACCOUNT NO.   unknown<br><br>Pathway Senior Living<br>701 Lee Street<br>Des Plaines, IL 60016 | | | Consideration: Trade vendor | | | | Unknown |
| ACCOUNT NO.  37500<br><br>Patrick T. Sheehan & Assoc.<br>Attorney at Law<br>314 N York Rd<br>Elmhurst, IL 60126 | | | Incurred: 7/2012<br>Consideration: Attorney fees | | | | 854.19 |

Sheet no.  11  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,824.67

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re    Home and Garden Supply Co. Inc.                    ,          Case No. _____
         **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none<br><br>Patten Industries<br>635 W. Lake St.<br>Elmhurst, IL 60126 | | | Incurred: 12/2011<br>Consideration: Judgment | | | | 118,496.12 |
| ACCOUNT NO.  none<br><br>Peter Andjelkovich & Associates<br>39 South LaSalle Street Suite 200<br>Chicago, IL 60603 | | | Incurred: 4/2012<br>Consideration: Legal services | | | | 1,712.50 |
| ACCOUNT NO.  3H402472<br><br>Pinkerton Fuel & Lubricants<br>P.O. Box 599<br>Chesterton, IN 46304 | | | Incurred: 5/2011<br>Consideration: Trade vendor | | | | 19,020.53 |
| ACCOUNT NO.  129503<br><br>Porter's Parking Area<br>1108 Loft Cove<br>Evansville, IN 47715 | | | Incurred: 3/2012<br>Consideration: Trade vendor | | | | 14,586.51 |
| ACCOUNT NO.  12078<br><br>Powell Landscaping<br>24336 South Valley Drive<br>Channahon, IL 60410 | | | Incurred: 6/2012<br>Consideration: Trade vendor | | | | 1,036.60 |

Sheet no.  12  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    154,852.26

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) (Cont.

In re  Home and Garden Supply Co. Inc._____,        Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  121727<br><br>Professional Cleaning Co<br>PO Box 5940<br>Carol Stream, IL 60197 | | | Incurred: 6/2012<br>Consideration: Trade vendor | | | | 21,286.83 |
| ACCOUNT NO.  6587<br><br>Regional Truck Equipment Inc.<br>4626 West 120th Street<br>Alsip, IL 60803 | | | Incurred: 1/2012<br>Consideration: Trade vendor | | | | 4,120.93 |
| ACCOUNT NO.  7-295-1<br><br>Robert Black<br>Attorney at Law<br>500 W 16th St Ste 120<br>Austin, TX 78701 | | | Incurred: 5/2012<br>Consideration: Assignee for various creditors<br>Collecting for Greater Texas | | | | Notice Only |
| ACCOUNT NO.  08030<br><br>Rose Hill Creek Nursery<br>12249 W. Delaney Road<br>Manhattan, IL 60442 | | | Incurred: 4/2012<br>Consideration: Trade vendor | | | | 695.23 |
| ACCOUNT NO.  11 L 894<br><br>RYD Law Group<br>1900 Spring Rd Ste 216<br>Oak Brook, IL 60523 | | | Incurred: 12/2011<br>Consideration: Assignee for various creditors<br>Collecting for Patten | | | | Notice Only |

Sheet no. __13__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 26,102.99

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Home and Garden Supply Co. Inc._____,    Case No. _____
           **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none <br><br>Sean Brady<br>Mahoney Silverman & Cross LLC<br>822 Infantry Dr Ste 100<br>Joliet, IL 60435 | | | Incurred: 3/2012<br>Consideration: Assignee for various creditors<br>Collecting for Cedar Path | | | | Notice Only |
| ACCOUNT NO. <br><br>Secretary of State<br>501 S. Second St., 3rd Fl.<br>Springfield, IL 62756 | | | Consideration: Fees | | | | 54.00 |
| ACCOUNT NO.  4106901 <br><br>Shemin Nurseries, Inc.<br>P.O. Box 857<br>Addison IL 60101 | X | | Incurred: 6/2008<br>Consideration: Trade vendor | | | | 72,685.48 |
| ACCOUNT NO.  none <br><br>Shorewood Home & Auto, Inc<br>3445 Eagle Nest Dr<br>Crete, IL 60417 | | | Incurred: 3/2012<br>Consideration: Trade vendor | | | | 7,364.50 |
| ACCOUNT NO. <br><br>Sid Kamp Trucking, Inc.<br>8118 W 189th St<br>Mokena, IL 60448 | | | Consideration: Trade vendor | | | | 2,047.50 |

Sheet no.  14  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $       82,151.48

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Home and Garden Supply Co. Inc._____,    Case No. _____
              **Debtor**                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  400910510 <br><br> Sprint <br> P.O. Box 4181 <br> Carol Stream, IL 60197 | | | Incurred: 6/2012 <br> Consideration: Phone service | | | | 2,939.14 |
| ACCOUNT NO.  10-0730 <br><br> Stein & Rotman <br> 105 W Madison St Ste 600 <br> Chicago, IL 60602 | | | Incurred: 7/2010 <br> Consideration: Assignee for various creditors <br> Collecting for Green Glen | | | | Notice Only |
| ACCOUNT NO.  58954 <br><br> Stripe-N-Sweep, Inc <br> 3201 Antoine <br> Houston, TX 77092 | | | Incurred: 5/2012 <br> Consideration: Trade vendor | | | | 2,392.00 |
| ACCOUNT NO.  531567 <br><br> Sunbelt Rentals <br> PO Box 409211 <br> Atlanta, GA 30384 | | | Incurred: 1/2012 <br> Consideration: Trade vendor | | | | 328.17 |
| ACCOUNT NO.  4018 <br><br> Ted's Greenhouse <br> 16930 S 84th Ave <br> Tinley Park, IL 60487 | | | Incurred: 10/2011 <br> Consideration: Trade vendor | | | | 1,415.10 |

Sheet no. __15__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 7,074.41

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   <u>Home and Garden Supply Co. Inc.</u>     ,       Case No. <u>                 </u>

              **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1698<br><br>Thorncreek Material Haulers Inc.<br>19449 Glenwood-Chgo Hts Road<br>Glenwood, IL 60425 | | | Incurred: 10/2011<br>Consideration: Trade vendor | | | | 1,387.94 |
| ACCOUNT NO. 2028674<br><br>Tifco Industries<br>PO Box 40277<br>Houston, TX 77240 | | | Incurred: 7/2011<br>Consideration: Trade vendor | | | | 252.40 |
| ACCOUNT NO. none<br><br>Timothy Edmier<br>Chuhak & Tecson<br>30 S Wacker Dr Ste 2600<br>Chicago, IL 60606 | | | Incurred: 5/2012<br>Consideration: Assignee for various creditors<br>Collecting for Central Salt | | | | Notice Only |
| ACCOUNT NO. none<br><br>Timothy Newitt<br>Attorney at Law<br>380 S Schmale Rd Ste 102<br>Carol Stream, IL 60188 | | | Incurred: 2011<br>Consideration: Assignee for various creditors<br>Collecting for Patten | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |

Sheet no. <u>16</u> of <u>16</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    1,640.34

Total ➤   $    1,075,277.32

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6G (Official Form 6G) (12/07)**

In re  Home and Garden Supply Co. Inc.                    Case No. _____

           Debtor                                                                 (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Black Hawk Properties LLC<br>PO Box 23<br>Mokena, IL 60448 | Debtor is lessee of 4 year lease for commercial property known as 19248 S Blackhawk Pkwy, Mokena, IL 60448 (debtor is no longer in possession)<br><br>Lease on nonresidential real property |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6H (Official Form 6H) (12/07)**

In re  Home and Garden Supply Co. Inc.                    Case No. _____
          **Debtor**                                                           **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Thomas & Janice Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | Shemin Nurseries, Inc.<br>P.O. Box 857<br>Addison IL 60101 |
| Thomas & Janice Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | Dennis Porick<br>Attorney at Law<br>63 W Jefferson St Ste 100<br>Joliet, IL 60432 |
| Thomas & Janice Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Thomas & Janice Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | Great Lakes Bank NA<br>13057 S Western Ave<br>Blue ISland, IL 60406 |
| Thomas & Janice Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | First Midwest Bank Mokena<br>One Pierce Pl Ste 1500<br>Itasca, IL 60143 |
| Thomas & Janice Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | Greater Texas Landscape Services<br>P.O. Box 43820<br>Tucson, AZ 85733 |
| Thomas Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | AMEX<br>Box 0001<br>Los Angeles, CA 90096 |
| Janice Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | Citi Business<br>PO Box 6235<br>Sioux Falls, SD 57117 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**B6H (Official Form) (12/07) -- Cont.**

In re Home and Garden Supply Co. Inc.                    Case No. _____
                    **Debtor**                                                                      **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Janice Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998 |
| Janice Brannigan<br>348 Tullamore Terrace<br>Matteson, IL 60443 | Maria Olivia<br>10721 Long<br>Oak Lawn, IL 60453 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re     Home and Garden Supply Co. Inc.

_____     Case No. _____

Debtor

Chapter     7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 11 | $ 182,386.92 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 20,505.43 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 48,469.95 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $ 1,075,277.32 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 38 | $ 182,386.92 | $ 1,144,252.70 | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Home and Garden Supply Co. Inc.                     Case No. _____

                    Debtor

                                                             Chapter        7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4.  Total from Schedule F | | $    N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

In re _____    Case No. _____
       **Debtor**          Home and Garden Supply Co. Inc.                   **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                 **Debtor**

Date _____    Signature: _____
                                            **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____           _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____       _____
    Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Home and Garden Supply Co. Inc. [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __40__ sheets *(total shown on summary page plus 1)*,and that they are true and correct to the best of my knowledge, information, and belief.

Date ___11/27/12_____    Signature: ____/s/ Janice Brannigan_____

                                            JANICE BRANNIGAN_____
                                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B7 (Official Form 7) (12/12)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In Re  Home and Garden Supply Co. Inc.

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101(2), (31).

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|   | AMOUNT | SOURCE |
|---|---|---|
| 2012 | 288,984.00 | Gross sales |
| 2011 | 1,319,892.00 | Gross sales |
| 2010 | 2,755,895.00 | Gross sales |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

**2.  Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                          SOURCE

**3.  Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒       *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or
       for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
       include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐       a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
       preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Illinois Truck v. Home and Garden Case # 12 SC 282 | Collections | Grundy County Circuit Court Morris, IL | Judgment |
| Patten Industries v. Home and Garden Supply Co #11 L 894 | Collections | DuPage County Circuit Clerk Wheaton, IL | Judgment |
| Greater Texas Landscape v. Home and Garden et al #unknown | Collections | Travis County Circuit Court Texas | Pending |
| Maria Olivia v Home and garden et al #12 M 51460 | Contract dispute | Cook County Ciruit Court Chicago, IL | Pending |
| Central Salt v. Home and Garden et al #12 M1 136390 #12 M1 133881 | Collections | Cook County Circuit Court Chicago, IL | Pending |
| Martin Leasing & Martin Implement v Home and Garden #12 AR 1638 | Collections | DuPage County Circuit Court Wheaton, IL | Pending |
| Pinkerton v Home and Garden #64D01-1210-CC-10254 | Collections | Porter County Superior Court Valparaiso, IN | Pending |

B7 (12/12)                                                                                                                      4

☒ None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

☐ None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ford Credit<br>PO Box 790093<br>St Louis, MO 63179 | 9/15/12 | 2007 Ford F650<br>FMV $15,000.00 |

**6.    Assignments and Receiverships**

☒ None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

☒ None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (12/12)                                                                                                                5

Bankruptcy2012 © 1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

### 7.  Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None
☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| 2006 Wacker Saw, 14 inch cutoff Saw, 2006 DeWalt Power Washer, Lu Generator, Drill Press, Bar Harbor Tarliler, Trimmers, Blowers, Arch Welder, Pump and Water tank, edgers, push and lawn mowers FMV $8,900.00 | Stolen | 9/15/12 |

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Thomas L. Murphy Petti, Murphy, & Associates 1100 Ravinia Pl Orland Park, IL 60462 | 11/2012 | 3,806.00 for bankruptcy legal fees and filing fee |

**10.  Other transfers**

None
☐

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Bridgeview Auto Sales<br>7126 S Western Ave<br>Chicago, IL 60636<br> Relationship: none | 6/2012 | 2003 Ford F450<br>$2,465.00 |
| BJ's Auto Sales<br>4816 W 16th St<br>Cicero, IL 60650<br> Relationship: none | 6/2012 | 2003 Ford F450<br>$2,250.00 |
| Gervers Garage<br>1504 Lincolnway<br>West Osceola, IN 46561<br> Relationship: none | 6/2012 | 2003 Ford F250<br>$2,175.00 |
| Four Oaks Landscape Mang.<br>PO Box 963<br>Matteson, IL 60448<br> Relationship: none | 6/2012 | 2005 Ford F250, 2005 Ford F450, 2005 Ford F450, 2006 Ford F350, 2006 Ford F350, 1998 GMC 6500, (3) Wells Cargo Trailers, Redi Haul Trailer, Cronkite 2900 trailer<br>$20,450.00 |
| Raul Palcensia<br>524 East 156th<br>Harvey, IL 60426<br> Relationship: employee | 6/2012 | 2006 Ford Escape in lieu of wages<br>$3,250.00 |
| Nicholas Vitturi<br>6838 Kingston Rd<br>Tinley Park, Il 60477<br><br> Relationship: employee | 6/2012 | Wells cargo trailer and john deere mower<br>$ZERO (as $4,500 in unpaid wages) |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Great Lakes Bank Matteson, IL | Checking Acct #0893 Closing Balance: 0.00 | 6/2012 0.00 |

### 12.  Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

|  NAME AND  |  DESCRIPTION AND  |  LOCATION OF PROPERTY  |
|------------|-------------------|------------------------|
|  ADDRESS OF OWNER  |  VALUE OF PROPERTY  |  |

**15.  Prior address of debtor**

None

☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

|  ADDRESS  |  NAME USED  |  DATES OF OCCUPANCY  |
|-----------|------------|----------------------|
|  19248 S Blackhawk Pkwy<br>Mokena, IL 60448  |  Home and Garden Supply Co  |  2003 - 10/1/2012  |

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)  within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  SITE NAME<br>AND ADDRESS  |  NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT  |  DATE OF<br>NOTICE  |  ENVIRONMENTAL<br>LAW  |
|----------------------------|-------------------------------------------|---------------------|------------------------|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | 36-3114741 | | | |
| Home and Garden Supply Co., Inc. | 36-3114741 | 348 Tullamore Terrace Matteson, IL 60443 | Landscaping Service | 1981 - 9/2012 |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B7 (12/12)                                                                                                          10

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☒  a.   List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ☒  b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☒  c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☒  d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☒  a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

B7 (12/12)                                                                                                    11

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒           reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                           INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS          NATURE OF INTEREST              PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐           or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                   NATURE AND PERCENTAGE OF
                                                            STOCK OWNERSHIP

Janice Brannigan                    President               51% ownership of common shares
348 Tullamore Terrace
Matteson, IL 60443

Thomas Brannigan                    Secretary               49% ownership of common shares
348 Tullamore Terrace
Matteson, IL 60443

**22. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒           preceding the commencement of this case.

NAME                          ADDRESS                   DATE OF WITHDRAWAL

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒           within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                   DATE OF TERMINATION

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.9-783 - 31210-301X-***** - PDF-XChange 2.5 DE

B7 (12/12)                                                                                                                                    12

**23.    Withdrawals from a partnership or distribution by a corporation**

None   ☒       If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.    Tax Consolidation Group**

None   ☒       If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25.    Pension Funds**

None   ☒       If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*    *    *    *    *    *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   11/27/12                   Signature       /s/ Janice Brannigan

                                                        JANICE BRANNIGAN,
                                                        President

                                                        Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

A & D Plumbing
238 Stone Court
New Lenox, IL 60451


A-1 Ecks Power Sweeping
1329 S.W. 4th Ct.
Cape Coral, FL 33991


Acord Creditor Services, LLC
PO Box 10002
Newman, GA 30271


Advanced Roofing
29 West 225 North Avenue
West Chicago, Illinois 60185


All Seasons Sales
9611 W. 194th St.
Mokena, IL 60448


Amanda's Lawn Care
P.O. Box 612
St Charles, IL 60175


AMEX
Box 0001
Los Angeles, CA 90096


Antonietti & Assoc
1461 Ring Road
Calumet City, IL 60409


AT &T
P.O. BOX 8100
Aurora, IL 60507


AT &T
P.O. BOX 8100
Aurora, IL 60507

ATR Fleet
8508 W 193rd Unit 76
Mokena, IL 60448


Bank of America
PO Box 982238
El Paso, TX 79998


Black Hawk Properties LLC
8501 W 191st St
Mokena, IL 60448


Black Hawk Properties LLC
PO Box 23
Mokena, IL 60448


Brett Geiger
Attorney at Law
415 Liberty St.
Morris, IL 60450


Burris Equiptment
2216 N. Greenbay Rd
Waukegan, IL 60087


BW Maintenance, Inc
P.O. Box 1174
Benton, IL 62812


Car Quest
19200 S Wolf Rd
Mokena, Il 60448


Cedar Path Nursery
15235 West Bruce Rd
Lockport, IL 60491


Central Salt, LLC
PO BOX 798303
St Louis, MO 63179

Chase
P.O. Box 15298
Wilmington, DE 19850


Chase
PO Box 9001022
Louisville, KY 40290


Circle W Tractor & Equipment Co.
12608 W 159th Street
Homer Glen, Illinois 60491


Citi Business
PO Box 6235
Sioux Falls, SD 57117


Clay Patton
Osan & Patton LLP
55 S Franklin St
Valparaiso, IN 46383


Clingen Callow & McLean LLP
3100 Machester Rd Ste 1750
Wheaton, IL 60187


CNH Capital
PO Box 9218
Old Bethpage, NY 11804


ComEd
P.O. Box 6111
Carol Stream, IL 60197


Complete Payment Recovery
11601 Roosevelt Blvd
St Petersburg, FL 33716


Dan's Greenhouse, DBA
16930 S.84th Ave
Tinley Park, IL 60477

Dennis Porick
Attorney at Law
63 W Jefferson St Ste 100
Joliet, IL 60432


First Midwest Bank Mokena
One Pierce Pl Ste 1500
Itasca, IL 60143


Ford Credit
PO Box 790093
St Louis, MO 63179


Ford Credit
PO Box 790093
St Louis, MO 63179


Great Lakes Bank NA
13057 S Western Ave
Blue ISland, IL 60406


Greater Texas Landscape Services
P.O. Box 43820
Tucson, AZ 85733


Green Glen Nursery
2413 E Laraway Rd
Joliet, IL 60433


Hammond Clinic LLC
7905 Calumet Ave
Munster, IN 46321


Himes and Petrarca Scariano,
P.O. Box 81355
Chicago, IL 60681


Home Depot
PO Box 183175
Columbus, OH 43218

IDES
Bankruptcy Unit Collection Subdivision
33 South State Street 10th Floor
Chicago, IL 60603


Illinois Tollway
PO Box 5201
Lisle, IL 60532


Illinois Tollway
PO Box 5201
Lisle, IL 60532


Illinois Truck and Equipment Co. Inc.
320 Briscoe Dr
Morris, IL 60450


Indiana Insurance Co
PO Box 145476
Cincinnati, OH 45250


Ingalls Occupational Health
75 Remittance Dr, Ste 1660
Chicago, IL 60675


Inkit
236 N Fairoaks Ave #3
Madison, WI 53714


Insightprofiles
15344 North 102nd St
Scottsdale, AZ 85255


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Italian Gardens
Ciro Scaletta
5185 N Moreland Ave
Norridge, IL 60706


Janice Brannigan
348 Tullamore Terrace
Matteson, IL 60443


Janice Brannigan
348 Tullamore Terrace
Matteson, IL 60443


Janice Brannigan
348 Tullamore Terrace
Matteson, IL 60443


John's Pro Tree Serv, Inc
8009 S. Austin Ave.
Burbank, IL 60459


Kay L. Pechin
Attorney at Law
123 NW 4th St Ste 304
Evansville, IN 47708


Longjohns Floral Shoppe & Greenhouses
P.O. Box 124
Kalamazoo, MI 49004


M&M Lawn Care, Inc
P.O. Box 16118
Evensville, IN 47716


Maria Olivia
10721 Long
Oak Lawn, IL 60453


Martin Implement Inc.
18405 115th Avenue
Orland Park, IL 60467

Martin Leasing, Inc.
18405 115th Ave,
Orland Park, IL 60467


Metropolitan Maintenance & Landscape
11020 W. Rogers, St
West Allis, WI 53227


Michael Nigro
Attorney at Law
1793 Bloomington Rd
Glendale Heights, IL 60139


Mokena Auto Parts
19200 S Wolf Rd
Mokena, IL 60448


MRS
2250 E Devon Ste 352
Des Plaines, IL 60018


Nicor Gas
PO Box 416
Aurora, IL 60568


NuWay Disposal Service, Inc
PO Box 9
Mokena, IL 60448


Pathway Senior Living
701 Lee Street
Des Plaines, IL 60016


Patrick T. Sheehan & Assoc.
Attorney at Law
314 N York Rd
Elmhurst, IL 60126


Patten Industries
635 W. Lake St.
Elmhurst, IL 60126

Peter Andjelkovich & Associates
39 South LaSalle Street Suite 200
Chicago, IL 60603

Pinkerton Fuel & Lubricants
P.O. Box 599
Chesterton, IN 46304

Porter's Parking Area
1108 Loft Cove
Evansville, IN 47715

Powell Landscaping
24336 South Valley Drive
Channahon, IL 60410

Professional Cleaning Co
PO Box 5940
Carol Stream, IL 60197

Regional Truck Equipment Inc.
4626 West 120th Street
Alsip, IL 60803

Robert Black
Attorney at Law
500 W 16th St Ste 120
Austin, TX 78701

Rose Hill Creek Nursery
12249 W. Delaney Road
Manhattan, IL 60442

RYD Law Group
1900 Spring Rd Ste 216
Oak Brook, IL 60523

Sean Brady
Mahoney Silverman & Cross LLC
822 Infantry Dr Ste 100
Joliet, IL 60435

Secretary of State
501 S. Second St., 3rd Fl.
Springfield, IL 62756


Shemin Nurseries, Inc.
P.O. Box 857
Addison IL 60101


Shorewood Home & Auto, Inc
3445 Eagle Nest Dr
Crete, IL 60417


Sid Kamp Trucking, Inc.
8118 W 189th St
Mokena, IL 60448


Sprint
P.O. Box 4181
Carol Stream, IL 60197


Stein & Rotman
105 W Madison St Ste 600
Chicago, IL 60602


Stripe-N-Sweep, Inc
3201 Antoine
Houston, TX 77092


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Ted's Greenhouse
16930 S 84th Ave
Tinley Park, IL 60487


Thomas & Janice Brannigan
348 Tullamore Terrace
Matteson, IL 60443

```
Thomas & Janice Brannigan
348 Tullamore Terrace
Matteson, IL 60443


Thomas & Janice Brannigan
348 Tullamore Terrace
Matteson, IL 60443


Thomas & Janice Brannigan
348 Tullamore Terrace
Matteson, IL 60443


Thomas & Janice Brannigan
348 Tullamore Terrace
Matteson, IL 60443


Thomas & Janice Brannigan
348 Tullamore Terrace
Matteson, IL 60443


Thomas Brannigan
348 Tullamore Terrace
Matteson, IL 60443


Thorncreek Material Haulers Inc.
19449 Glenwood-Chgo Hts Road
Glenwood, IL 60425


Tifco Industries
PO Box 40277
Houston, TX 77240


Timothy Edmier
Chuhak & Tecson
30 S Wacker Dr Ste 2600
Chicago, IL 60606


Timothy Newitt
Attorney at Law
380 S Schmale Rd Ste 102
Carol Stream, IL 60188
```

Volvo Finance of North America
PO Box 551939
Detroit, MI 48255

B203
12/94

# United States Bankruptcy Court
## Northern District of Illinois

In re  Home and Garden Supply Co. Inc.

Case No. _____

Chapter _____ 7 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ............................................. $ _____ 3,500.00 _____

Prior to the filing of this statement I have received ........…………….............. $ _____ 3,500.00 _____

Balance Due ......................................…………………………….................. $ _____ 0.00 _____

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

If representation in adversary proceeding or other contested bankruptcy matter is required, an additional retainer of $1,000.00 with additional billings at the rate of $260 per hour has been agreed with debtor. If not timely paid, counsel reserves the right to withdraw.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

| 11/27/12 | /s/ Thomas L. Murphy |
|---|---|
| *Date* | *Signature of Attorney* |
| | Petti, Murphy, & Associates |
| | *Name of law firm* |